SOPHIA L. MATTERN, Appellant, *v.* RUSSELL SAGE, Respondent.

(Argued June 13, 1892; decided October 1, 1892.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made April 7, 1890, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Ira Shafer* for appellant.

*Henry S. Bennett* for respondent.

Agree to affirm; no opinion.
All concur, except PARKER, J., not voting.
Judgment affirmed.

---

EMILIE RABERG NOEL, Respondent, *v.* H. BENCKE LITHO-GRAPHIC COMPANY et al., Appellants.

(Argued June 13, 1892; decided October 1, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made November 19, 1890, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court.

*Charles Blandy* for appellants.

*Noel Gale* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.